# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2021
LT Case Nos. 2014-304845-CFDB
2014-304911-CFDB

_____

ALONZA HENRY,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 Appeal from the Circuit Court for Volusia County.
A. Christian Miller, Judge.

Alonza Henry, Lowell, pro se.

James Uthmeier, Attorney General, Tallahassee, and Deborah A. Chance, Assistant Attorney General, Daytona Beach, for Appellee.

March 10, 2026

PER CURIAM.

    AFFIRMED.

JAY, C.J., and EDWARDS and EISNAUGLE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____